LOUIS M. SLOMAN, Appellant, *v.* THE STAR COMPANY,
        Respondent.

*Sloman* v. *Star Company*, 149 App. Div. 500, affirmed.
(Argued January 27, 1914; decided February 24, 1914.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
March 8, 1912, reversing a judgment in favor of plain-
tiff entered upon a verdict and granting a new trial in an
action to recover for an alleged breach of contract of
employment.

*Arthur D. Truax* and *George J. McDonnell* for
appellant.

*Clarence J. Shearn* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ.   Absent: WERNER, J.